**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:05-CR-11** |
| | § | |
| **MICHAEL ANTHONY COLEMAN** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Magistrate Judge's Report and Recommendation. The undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and hereby adopts same as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Suppress (Dkt. No. 19) is **DENIED**.

**SIGNED this 2nd day of December, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE